**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8544**

KENNETH EDWARD BARBOUR,

Plaintiff – Appellant,

v.

WESTERN REGIONAL DIRECTOR, Virginia Department of Corrections; WARDEN, W.R.S.P; B. J. RAVIZEE; M. SHORT, Lieutenant; BRYAN WATSON; LIEUTENANT BUGIN; S. COLLINS, Correctional Officer; MAJOR COMBS; DOCTOR LEE; R. M. GARNERT; M. STANFORD, R.N.; R. BIVENS, Regional Ombudsman,

Defendants – Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:08-cv-00598-JCT-MFU)

Submitted: April 29, 2009              Decided: May 19, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Edward Barbour, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Edward Barbour appeals the district court's order consolidating his eight 42 U.S.C. § 1983 (2000) complaints and dismissing them without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Barbour v. Western Reg'l Dir., No. 7:08-cv-00598-JCT-MFU (W.D. Va. Nov. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2